AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No.  4:25-mj-03130-NCC |
| CARLAN TRAVIS PENNEY JR. | ) SIGNED AND SUBMITTED TO THE |
| | ) COURT FOR FILING BY RELIABLE |
| | ) ELECTRONIC MEANS |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of FEBRUARY 1-MARCH 1, 2025 in the county of PHELPS in the EASTERN District of MISSOURI, the defendant(s) violated:

*Code Section - Offense Description*

18 USC 2422(b) – Coercion and Enticement, and 2423(a) – Transportation of Minors

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Derek G. Velazco*
*Complainant's signature*

Derek G. Velazco, Special Agent
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: 03/07/2025

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Noelle C. Collins, U.S. Magistrate Judge
*Printed name and title*

**AUSA**: Michael K. Hayes